UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| NINA LOUISE ROSADO | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:26-cv-00510-JAW |
| | ) | |
| DONALD J. TRUMP, et al. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on October 8, 2026 his Recommended Decision (ECF No. 5). The Plaintiff filed her objection to the Recommended Decision on October 13, 2026 (ECF No. 6). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

Accordingly, it is hereby ORDERED that the Magistrate Judge's Recommended Decision (ECF No. 5) is AFFIRMED. It is further ORDERED that the Plaintiff's Objection to the Recommended Decision is OVERRULED and the Plaintiff's Complaint (ECF No. 1) is DISMISSED without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 15th day of October, 2026